# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PARK, on behalf of himself and all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLE FRESH VEGETABLES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-5732-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE CLASS CERTIFICATION** |

　　　　Under Local Rule 23-3, the proponent of a class must file a motion for certification that the action is maintainable as a class action within 90 days after service of the complaint.

　　　　In this case, the Complaint was served on March 8, 2013. This case was transferred to this district on August 8, 2013, from the U.S. District Court for the Northern District of California. The Court is aware that no class-certification time limit exists under the local rules for the Northern District of California.

　　　　Yet given the long history of this case, the Court finds that the deadline to file a motion for class certification should be advanced to 60 days from the date of transfer, October 7, 2013. Plaintiff is hereby directed to do so accordingly.

　　　　**IT IS SO ORDERED.**

　　　　September 5, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**